AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| William Michael Sywak , (DOB: XXXXXXXXX) | ) |
| William Jason Sywak, (DOB: XXXXXXXX) | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Case: 1:21-mj-00417
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/7/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Knowingly Entering any Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | - Disorderly Conduct in any Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct on Capitol Grounds; |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Joseph Butta, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/07/2021

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*