AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>William Michael Sywak<br><br>*Defendant* | Case: 1:21-mj-00417<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 5/7/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* William Michael Sywak, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading on Capitol Grounds.

Date: 05/07/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.05.07 12:14:57 -04'00'

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* MAY 7, 2021, and the person was arrested on *(date)* MAY 19, 2021
at *(city and state)* HAMBURG, NY.

Date: MAY 19, 2021

*Arresting officer's signature*

JOSEPH BUTTA TASK FORCE OFFICER
*Printed name and title*