

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 8, 2021

**By e-mail**
Herbert L. Greenman
42 Delaware Avenue Suite 120
Buffalo, NY 14202

     Re:    *U.S. v. William Michael Sywak*, 21-CR-494

Dear Counsel:

     I have uploaded to your account in USAFx the following discovery: all of the files listed on the attached index (Exhibit A), which constitutes the second production of discovery in this case.  ***All files uploaded to USAFx will automatically be deleted after 60 days per the automatic retention policy in place.  Please download the files before then.***  This material is subject to the terms of the Protective Order issued in this case.

     Note that all these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with bates-stamps at a later date. Nevertheless, we wanted to provide you what we can now as we wait for this processing to be finalized.

     You will notice that some of the files being produced refer to physical attachments that were burned to a disk. If the physical attachments were too large to send via USAFx, they will instead be provided with the formal discovery round after being processed, or will be produced in another manner.  This may include the full copy of your client's cellphone.

     The following materials are designated as SENSITIVE under the protective order in this case:

     0176-BF-3379402_0000032_Import.pdf

     The following materials are designated as HIGHLY SENSITIVE under the protective order in this case:

```
0176-BF-3379402_0000008_1A0000006_0000001_PHYSICAL.pdf
0176-BF-3379402_0000009_1A0000006_0000001.csv
0176-BF-3379402_0000036.pdf
0176-BF-3379402_0000036_1A0000027_0000001.pdf
0176-BF-3379402_0000036_1A0000027_0000002.3gp
0176-BF-3379402_0000036_1A0000027_0000003.pdf
0176-BF-3379402_0000036_1A0000027_0000004.3gp
0176-BF-3379402_0000036_1A0000027_0000005.3gp
0176-BF-3379402_0000036_1A0000027_0000006.jpg
0176-BF-3379402_0000036_1A0000027_0000008_PHYSICAL.pdf
0176-BF-3379402_0000036_1A0000027_0000009.jpg
0176-BF-3379402_0000036_1A0000027_0000010.jpg
0176-BF-3379402_0000036_1A0000027_0000012.jpg
```

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ William Dreher*
William Dreher
Assistant United States Attorney

Enclosure(s)

**Exhibit A:**

0176-BF-3379402_0000007_1A0000004_0000001_PHYSICAL.pdf
0176-BF-3379402_0000023_1A0000027_0000001_PHYSICAL.pdf
0176-BF-3379402_0000024.pdf
0176-BF-3379402_0000024_1A0000017_0000001.pdf
0176-BF-3379402_0000024_1A0000018_0000001.pdf
0176-BF-3379402_0000024_1A0000019_0000001.pdf
0176-BF-3379402_0000024_1A0000019_0000002.pdf
0176-BF-3379402_0000024_1A0000019_0000003.pdf
0176-BF-3379402_0000024_1A0000019_0000004.pdf
0176-BF-3379402_0000024_1A0000019_0000005.pdf
0176-BF-3379402_0000028_1A0000032_0000001_PHYSICAL.pdf
0176-BF-3379402_0000029.pdf
0176-BF-3379402_0000029_1A0000033_0000001.pdf
0176-BF-3379402_0000029_1A0000033_0000002.pdf
0176-BF-3379402_0000030.pdf
0176-BF-3379402_0000030_1A0000034_0000001.pdf
0176-BF-3379402_0000031.pdf
0176-BF-3379402_0000031_1A0000035_0000001.pptx
0176-BF-3379402_0000031_1A0000036_0000001.msg
0176-BF-3379402_0000031_Import.pdf
0176-BF-3379402_0000032_Redacted.pdf
0176-BF-3379402_0000032_Import.pdf
0176-BF-3379402_0000033_Redacted.pdf
0176-BF-3379402_0000033_Import.pdf
0176-BF-3379402_0000034_Redacted.pdf
0176-BF-3379402_0000034_Import.pdf
0176-BF-3379402_0000035.pdf
0176-BF-3379402_0000035_1A0000037_0000001.pdf
0176-BF-3379402_0000036.pdf
0176-BF-3379402_0000036_1A0000027_0000001.pdf
0176-BF-3379402_0000036_1A0000027_0000002.3gp
0176-BF-3379402_0000036_1A0000027_0000003.docx
0176-BF-3379402_0000036_1A0000027_0000004.3gp
0176-BF-3379402_0000036_1A0000027_0000005.3gp
0176-BF-3379402_0000036_1A0000027_0000006.jpg
0176-BF-3379402_0000036_1A0000027_0000008_PHYSICAL.pdf
0176-BF-3379402_0000036_1A0000027_0000009.jpg
0176-BF-3379402_0000036_1A0000027_0000010.jpg
0176-BF-3379402_0000036_1A0000027_0000012.jpg
0176-BF-3379402_0000037.pdf
0176-BF-3379402_0000037_1A0000038_0000001.pdf

0176-BF-3379402_0000032_Import.pdf

0176-BF-3379402_0000008_1A0000006_0000001_PHYSICAL.pdf
0176-BF-3379402_0000009_1A0000006_0000001.csv
0176-BF-3379402_0000036.pdf
0176-BF-3379402_0000036_1A0000027_0000001.pdf
0176-BF-3379402_0000036_1A0000027_0000002.3gp
0176-BF-3379402_0000036_1A0000027_0000003.pdf
0176-BF-3379402_0000036_1A0000027_0000004.3gp
0176-BF-3379402_0000036_1A0000027_0000005.3gp
0176-BF-3379402_0000036_1A0000027_0000006.jpg
0176-BF-3379402_0000036_1A0000027_0000008_PHYSICAL.pdf
0176-BF-3379402_0000036_1A0000027_0000009.jpg
0176-BF-3379402_0000036_1A0000027_0000010.jpg
0176-BF-3379402_0000036_1A0000027_0000012.jpg