<b>UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA</b>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-494 (RC) |
| | : | |
| WILLIAM MICHAEL SYWAK and | : | |
| WILLIAM JASON SYWAK, | : | |
| | : | |
| Defendants. | : | |

<b><u>SENTENCING SCHEDULING ORDER</u></b>

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **June 6, 2022, at 11 a.m.** via Zoom Video if conducting sentencing by Zoom is Defendants' preference and the Court has the authority to do so at the time of sentencing;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **May 2, 2022**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **May 16, 2022**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **May 23, 2022**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **May 27, 2022**, with all responses (if any) due by **June 2, 2022**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: February 4, 2022                                                          RUDOLPH CONTRERAS
                                                                                 United States District Judge