AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States Of America | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:21-cr- 00494 |
| William Michael Sywak | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Michael Sywak

Date:     05/18/2022

*Herbert L. Greenman (signature)*

*Attorney's signature*

Herbert L. Greenman 120113

*Printed name and bar number*

Lipsitz Green Scime Cambria, LLP
42 Delaware Ave.
Buffalo, New York 14202

*Address*

hgreenman@lglaw.com

*E-mail address*

(716) 849-1333

*Telephone number*

(716) 855-1580

*FAX number*