# EXHIBIT A

## LETTERS

May 3, 2022

Honorable Rudolph Contreras,
United States District Judge
United States Court House
333 Constitution Avenue
Washington, District of Columbia 20001

Re: William Michael Sywak

Dear Judge Contreras:

    My names is Barbara A. Grande. I am the mother of William Michael Sywak. I am retired from Western New York Developmental Center in West Seneca, New York. I was a developmental aide for mentally and physically handicapped individuals for twenty-five years.

    I am writing to you for leniency for my son, William Michael Sywak with his presence at the Capital Building. My son has changed his life immensely from when he was a teenager. When he was growing up, he had no father figure in his life. He was in a home for boys. Later in life, he began drinking and using drugs. He has had two DWIs in the past. He ended up in the ICU at Mercy Hospital in Buffalo, New York for a drug overdose. William has stopped using drugs and alcohol for the past five years. He has applied to receive his drivers license. To date, he is still in counseling and has been in counseling for five years. I have been by his side through the good and the bad times.

    My son has been out of work for the last five years. He was a roofer for seven years and went on to building homes for fourteen years. My son injured his neck while working. He is having his forth neck surgery on May 9, 2022. Hopefully, this will be the last surgery he needs. My son takes medication now for his mental health issues also.

    I am so proud of my son, William for his accomplishments on how he has changed his life around. William adores his ten year old daughter who he resides with. He helps her with her homework every night. He gets her on and off the school bus. He spends a lot of time with her while her mother is at work.

    William is very remorseful for what happened at the Capital Building. He has expressed to me, if he could change that day, he would of never been there. He does not speak to anyone of the incident at the Capital except with his lawyer, Herbert L. Greenman and his counselor which have helped him immensely.

    Thank you for taking the time to read my letter in regards to my son.

Respectfully,

Barbara A. Grande

*Barbara A. Grande*

May 1st, 2022

Honorable Rudolph Contreras,
United States District Judge
United States Court House
333 Constitution Avenue
Washington, District of Columbia 20001

William Michael Sywak

Dear Judge Contreras:

My name is Kathryn Engle and I am William Michael Sywak's fiance. I am the mother of his 10 year old daughter, Samatha Sunshine Sywak. William and I have been together since August of 2005. For the duration of our relationship I have been a child care provider for 20 years. I own my own home in the Town of Hamburg where both William and I live with our daughter.

When the incident on January 6th, 2021 took place William had gone to Washington DC with his oldest child, William Jason Swyak. Being that we have a daughter together, and he has multiple appointments to make with his doctor as he continues with his comp case, I was not supportive of him leaving for Washington DC. I believe that his place was at home with his family. William and his son both wanted to hear the President speak, however, they ended up missing the speech. I wish this day never happened. William takes full responsibility for his actions and in my heart I genuinely believe he is remorseful for the actions he took on that scary day.

We as a family do not support what happened on January 6, 2021. We believe as a family the best decision would have been to stay home and be together during that time. William, my fiance, is a good man and with the utmost best intentions serving our family. The election was a very trying and difficult time for our country and sadly we as a family are suffering for this dreadful decision. I know in my heart something like this will never take place ever again.

The day I met William was August of 2005. We were with a group of friends. From our first encounter William always believed with me by his side he would do better and be better. Not only for himself but for a future family of his own. At the time William was working construction and was very serious about my career in childcare. I was aware William had struggled with addiction and he was working on his journey of becoming a better man.

Fast forward 6 years, our beautiful daughter Samantha was born. This day will always be the day that changed William forever. She became his new purpose in life, and from that moment on he has wanted nothing more than to give her a fulfilling life. Despite the love of a father, addiction is a sickness and it requires professional help. This is something even as a father William has had to persevere through. He put himself into counseling with the company Horizon and has been sober for the past 5 years. Being sober and attending counseling regularly has allowed him to be the father he always dreamed he could be. No matter how big or how small

his responsibilities are as a father he puts 100% of himself into them. William puts Samantha on and off the bus so I can attend work full time. He works with her when she is doing her school work, and supports her with all her hopes and dreams. His judgment may have been clouded in the past but his love for his family has always been clear.

Through the ups and downs of William's life I have stood by his side. It hasn't always been easy, but I know in my heart that he is a good man. As stated above, addiction is a sickness and without proper love and support some people do not survive it. The family that William and I have together has never been more important. Our daughter deserves her father to make the right decisions and be here to hold her hand in life. It may have taken him to reach the bottom to realize at this moment the only place I have left to go is up. Every day we continue to communicate together, and make sure that the decisions William makes moving forward add to our life instead of taking away from it like in the past. The reality of his decisions on January 6th, 2021 are very real to William as he has reflected on his life and his life choices.

Very truly yours,

Kathryn Engle

*Kathryn Engle*

Dear Sir,

Your Honor, my name is Samantha S. Sywak. I am ten years old. My fathers neam is william m. Sywak. He is a really great dad. He gets me off and on the bus everday. My father is raelly fun. He plays video games with me. He helps me with bseball and gives me money whan I need it. My father is really special to me. He also showe me how to make the BEST milkshakes and when we are done we watch moives. He also took me fishing for the first time it was so fun and we mant to go again. we also have a dog name Boogie we take him for walks then we go to the park.

Thank you
Samantha S. Sywak.