UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                 *Plaintiff,* | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) Docket No.: 0090 1:21-cr-00494-001 |
| WILLIAM MICHAEL SYWAK, | ) |
|                 *Defendants.* | ) |
| | ) |

**WILLIAM MICHAEL SYWAK'S STATEMENT
REGARDING SENTENCING FACTORS**

DATED:  Buffalo, New York
             May 26, 2022

                                                                 Respectfully submitted,

                                                                 /s/Herbert L. Greenman

                                                                 _____
                                                                 HERBERT L. GREENMAN, ESQ.
                                                                 LIPSITZ GREEN SCIME
                                                                CAMBRIA, LLP
                                                               Counsel for Defendant
                                                                WILLIAM MICHAEL SYWAK
                                                               42 Delaware Avenue
                                                               Buffalo, New York 14202
                                                               (716) 849-1333
                                                               hgreenman@lglaw.com

TO:    EMILY ALLEN, ESQ.
           ASSISTANT UNITED STATES ATTORNEY
           DISTRICT OF ALASKA
           222 West 7th Avenue, Room 253
           Anchorage, Alaska 99513

## STATEMENT REGARDING SENTENCING FACTORS

Counsel, together with defendant William Sywak have reviewed the presentence report prepared by the United States Probation Department on May 2, 2022. Neither counsel nor Mr. Sywak have any objection to any of the factual content contained in the report nor do we object to any calculation set forth therein.

Counsel, however respectfully urges the Court to sentence Mr. Sywak to a period of supervision in lieu of incarceration.


DATED: May 26, 2022
       Buffalo, New York

Respectfully submitted,

/s/Herbert L. Greenman

HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202
Phone (716) 849-1333
Fax (716) 855-1580
hgreenman@lglaw.com