# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00494 (RC)** |
| v. | : | |
| | : | |
| **WILLIAM MICHAEL SYWAK, et al,** | : | |
| | : | |
| **Defendant.** | : | |

## RESPONSE IN NON-OPPOSITION TO PRESS COALTION APPLICATION

Pursuant to the Court's minute order of June 17, 2022, Local Criminal Rule 49(e)(1), and Standing Order No. 21-28 (BAH), the government hereby gives notice that it has no objection to the public release of the video exhibits previously provided to the Court and as listed in the Government's Sentencing Memoranda (ECF Nos. 50 and 51). In response to the Press Coalition's Application for Access to Video Exhibits (ECF No. 58), the government has no opposition. Upon order of the Court granting its application, the government will make the video exhibits available using the "drop box" solution set forth in Standing Oder 21-28.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Emily W. Allen*
EMILY W. ALLEN, Cal. Bar No. 234961
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
emily.allen@usdoj.gov
(907) 271-4724

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing to be served on counsel of record for the defendants via the Court's Electronic Filing System, and to be served via electronic mail on the following:

    Charles D. Tobin (#455593)
    tobinc@ballardspahr.com

    Maxwell S. Mishkin (#1031356)
    mishkinm@ballardspahr.com

    Lauren Russell (#1697195)
    russelll@ballarspahr.com

    Ballard Spahr LLP
    1909 K Street, NW, 12th Floor
    Washington, DC 20006

Dated: June 21, 2022

    Respectfully submitted,

By:   /s/ *Emily W. Allen*
      EMILY W. ALLEN
      Assistant United States Attorney